■ In the Matter of EDWIN ACEVEDO, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— In a proceeding to review a determination of the State Rent Administrator, which denied an application for a certificate of eviction against the tenant of an apartment in respondent's three-family house, the appeal is from an order annulling said determination and directing the issuance of a certificate. Order reversed, without costs, and petition dismissed, with $10 costs and disbursements. A question of fact with respect to good faith was presented for the determination of the State Rent Administrator, and the court may not substitute its judgment for his (*Matter of Friedman* v. *Weaver*, 3 N Y 2d 123; *Matter of Park East Land Corp.* v. *Finkelstein*, 299 N. Y. 70, 75; *Matter of Marcus* v. *McGoldrick*, 281 App. Div. 764). Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ In the Matter of BORCHA, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator which established the maximum rent for a housing accommodation, the appeal is from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, with $10 costs and. disbursements. The subject accommodation had not become decontrolled by reason of its prior occupancy by the sole stockholders of a corporation which was the record owner of the building. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.